UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL PEARSON,

        Plaintiff,

        v.

DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND
REGULATORY AFFAIRS,

        Defendant.

Civil Action 09-01685  (HHK)

**ORDER**

Before the Court is "Defendant District of Columbia Department of Consumer and Regulatory Affairs' Motion to Dismiss the Complaint" [#4]. On October 1, 2009, the Court ordered plaintiff to file an opposition to defendant's motion "on or before November 2, 2009" and that if plaintiff failed to do so "the Court may enter judgment in favor of defendant." Order at 1. Plaintiff has not filed an opposition to defendant's motion to dismiss. Therefore, pursuant to LCvR 7(b), defendant's motion to dismiss is deemed conceded.

Accordingly, it is this 12th day of April 2010, hereby

**ORDERED** that defendant's motions to dismiss [#4] is **GRANTED**; and it is further

**ORDERED** that the complaint in this case is **DISMISSED**.[1]

                                      Henry H. Kennedy, Jr.
                                      United States District Judge

---

[1] This is an appealable order.